**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 5:26-CR-____** |
| | : | |
| | : | **VIOLATIONS:** |
| **v.** | : | **18 U.S.C. § 922(a)(1)(A)** |
| | : | **18 U.S.C. § 924(a)(1)(D)** |
| | : | **18 U.S.C. § 922(o)** |
| **JI'KEEM ESHON KING,** | : | **18 U.S.C. § 924(a)(2)** |
| **AKBAR MUHAMMED HARCLERODE, JR.,** | : | **18 U.S.C. § 933(a)(1)** |
| | : | **18 U.S.C. § 933(b)** |
| | : | **21 U.S.C. § 841(a)(1)** |
| **Defendants.** | : | **21 U.S.C. § 841(b)(1)(C)** |
| | : | |
| | : | |

**THE GRAND JURY CHARGES:**

**COUNT ONE**
**(Dealing Firearms Without a License)**

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Tisas-Trabzon Gun Industry Corp., Model: ZIGANA F, Caliber 9 pistol, SN T062016H00423; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWO**
**(Dealing Firearms Without a License)**

On or about September 12, 2024, at a time later in the day than the events set forth in Count One of this Indictment, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Glock, Model 19, 9x19mm pistol, Serial Number ABPH328 on the receiver and Serial Number ADMU668 on the slide, with a switch attached; and one (1) Industria Nacional de Armes, Model: Tiger, Caliber: 38, Revolver, Serial Number 023995; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT THREE**
**(Possession and Transfer of a Machinegun)**

On or about September 12, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

did knowingly possess and transfer a machinegun, that is, one (1) Glock, Model 19, 9x19 mm pistol, Serial Number ABPH328 on the receiver and Serial Number ADMU668 on the slide, with a Glock switch installed; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT FOUR**
**(Dealing Firearms Without a License)**

On or about November 14, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Zastava, Model ZPAP92, .762 caliber pistol, Serial Number Z92-090191; and one (1) Radical Firearms LLC,

Model RF-15, Caliber-Multi pistol, Serial Number 24-068086; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT FIVE**
**(Firearms Trafficking)**

On or about November 14, 2024, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Zastava, Model ZPAP92, .762 caliber pistol, Serial Number Z92-090191; and one (1) Radical Firearms LLC, Model RF-15, Caliber-Multi pistol, Serial Number 24-068086, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

**COUNT SIX**
**(Dealing Firearms Without a License)**

On or about November 14, 2024, at a time later in the day than the events set forth in Count Four of this Indictment, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Century Arms International, Model VSKA, Caliber .762 pistol, Serial Number USD002056 all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT SEVEN**
**(Firearms Trafficking)**

On or about November 14, 2024, at a time later in the day than the events set forth in Count Five of this Indictment, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Century Arms International, Model VSKA, Caliber .762 pistol, Serial Number USD002056, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

**COUNT EIGHT**
**(Dealing Firearms Without a License)**

On or about January 30, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Radical Firearms, Model RF-15, .556 caliber, Serial Number 23-062643, modified to be fully automatic (machinegun); one (1) Glock, Model 19X, 9mm, Serial Number BWST727; one (1) Taurus, Model PT111, 9mm, Serial Number TVK95481; and one (1) Glock, Model 27, .40 caliber, Serial Number CAYZ570; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT NINE**
**(Possession and Transfer of a Machinegun)**

On or about January 30, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

did knowingly possess and transfer a machinegun, that is, one (1) Radical Firearms, Model RF-15, .556 caliber, Serial Number 23-062643, modified to be fully automatic; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TEN**
**(Firearms Trafficking)**

On or about January 30, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**JI'KEEM ESHON KING,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Radical Firearms, Model RF-15, .556 caliber, Serial Number 23-062643, modified to be fully automatic; one (1) Glock, Model 19X, 9 mm, Serial Number BWST727; one (1) Taurus, Model PT111, 9 mm, Serial Number TVK95481; and one (1) Glock, Model 27, .40 caliber, Serial Number CAYZ570, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

**COUNT ELEVEN**
**(Dealing Firearms Without a License)**

On or about February 27, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**AKBAR MUHAMMED HARCLERODE, JR.,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Romarm/Cugir, Micro Draco pistol, 7.62x39 mm, Serial Number PMD-13361-19RO; one (1) Glock, Model 29 Gen 4, 10 mm, Serial Number BRAH321, with high-capacity magazine; one (1) Glock, Model 29 Gen 4, 10 mm, Serial Number BXSP615, with high-capacity magazine and Glock switch installed; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT TWELVE**
**(Dealing Firearms Without a License)**

On or about April 17, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**AKBAR MUHAMMED HARCLERODE, JR.,**

not being a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, did willfully engage in the business of dealing in firearms; to wit: one (1) Glock, Model 21, .45 Automatic Pistol, Serial Number DHF335US, conversion device installed; one (1) Glock, Model 19, GEN 5, 9mm pistol, Serial Number BFYV686 (loaded with five rounds of ammunition in the magazine), conversion device installed; one (1) Glock, Model 17, GEN 5, 9 mm pistol, Serial Number BRWB770, conversion device installed; one (1) Glock, Model 17, 9mm pistol, Serial Number ZKY742, conversion device installed; one (1) Glock, Model 17, 9mm pistol, Serial Number BTAW6700 (on slide, serial number on frame obliterated) with high capacity magazine, conversion device installed; all in violation of Title 18, United States Code, Sections 922(a)(1)(A), 923(a), and 924(a)(1)(D).

**COUNT THIRTEEN**
**(Possession and Transfer of a Machinegun)**

On or about April 17, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**AKBAR MUHAMMED HARCLERODE, JR.,**

did knowingly possess and transfer a machinegun, that is, one (1) Glock, Model 21, .45 Automatic Pistol, Serial Number DHF335US, conversion device installed; one (1) Glock, Model 19, GEN 5, 9 mm pistol, Serial Number BFYV686, conversion device installed; one (1) Glock, Model 17, GEN 5, 9 mm pistol, Serial Number BRWB770, conversion device installed; one (1) Glock, Model 17, 9 mm pistol, Serial Number ZKY742, conversion device installed; and one (1) Glock, Model 17, 9 mm pistol, Serial Number BTAW6700 on slide, Serial Number on frame obliterated, with high capacity magazine, conversion device installed; all in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT FOURTEEN**
**(Firearms Trafficking)**

On or about April 17, 2025, in the Macon Division of the Middle District of Georgia, and elsewhere within the jurisdiction of this Court, the defendant,

**AKBAR MUHAMMED HARCLERODE, JR.,**

did ship, transport, transfer, cause to be transported, and disposed of a firearm, to wit: one (1) Glock, Model 21, .45 Automatic Pistol, Serial Number DHF335US, conversion device installed; one (1) Glock, Model 19, GEN 5, 9 mm pistol, Serial Number BFYV686, conversion device installed; one (1) Glock, Model 17, GEN 5, 9 mm pistol, Serial Number BRWB770, conversion device installed; one (1) Glock, Model 17, 9 mm pistol, Serial Number ZKY742, conversion device installed; and one (1) Glock, Model 17, 9 mm pistol, Serial Number BTAW6700 on slide,

Serial Number on frame obliterated, with high capacity magazine, conversion device installed, to a recipient, in and affecting commerce, knowing and having reasonable cause to believe that the use, carrying, and possession of the firearm by the recipient, would constitute a felony; all in violation of Title 18, United States Code, Sections 933(a)(1) and 933(b).

**COUNT FIFTEEN**
**(Distribution of Fentanyl)**

On or about April 23, 2025, in the Macon Division of the Middle District of Georgia and elsewhere within the jurisdiction of this Court, the defendant,

**AKBAR MUHAMMED HARCLERODE, JR.,**

knowingly and intentionally distributed fentanyl, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

A TRUE BILL.

*/s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

WILLIAM R. KEYES
UNITED STATES ATTORNEY
MIDDLE DISTRICT OF GEORGIA

Presented by:

TYLER MORRIS
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 12th day of August, AD 2026.

Deputy Clerk